# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

REGINALD C. HOWARD,

                Plaintiff,

   v.

G. CARPENTER, et al.,

                Defendants.

Case No. 3:20-cv-00588-ART-CSD

**ORDER**

(ECF Nos. 3, 20)

This action began with a *pro se* civil-rights complaint filed under 42 U.S.C. § 1983 by a state prisoner. (ECF No. 1-1). Plaintiff Reginald Howard has submitted an application to proceed *in forma pauperis* ("IFP Application") demonstrating that he is able to pay the full $400 filing fee for a civil action. (ECF No. 3).[1] Based on the financial information provided, the Court denies the IFP Application and directs Howard to pay the $400 filing fee in full before this case may proceed. Alternatively, if Howard's financial situation has changed, he may submit a new IFP Application with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status.

The Court notes that Howard filed a document stating that he very recently submitted a kite to prison officials seeking to have the filing fee for this action paid from his prison trust account. (ECF No. 20). The Court construes this document as a notice, not a motion for any relief from the Court. After the Court determines the matter of payment for the filing fee, it will issue an order on the matter of service.

---

[1] The full filing fee is $400 because Howard initiated this action before the amount increased to $402 effective December 1, 2020.

1    It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 3) is denied.

2    It is further ordered that the Court construes ECF No. 20 as a notice that Howard is seeking to have the full $400 filing fee for this action paid from his prison trust account, not a motion for any relief from the Court.

3    It is further ordered that Howard must pay the full filing fee of $400 to the Clerk of Court on or before Friday, February 3, 2023, to proceed with this case.

4    Alternatively, if Howard's financial status has changed, Howard must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate to this Court on or before February 3, 2023.

5    It is further ordered that if Howard fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS 5th day of December 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE