# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

REGINALD C. HOWARD,

    Plaintiff

v.

G. CARPENTER, et al.,

    Defendants

Case No.: 3:20-cv-00588-ART-CSD

**Order**

On February 13, 2024, the court denied Defendants' motion to strike Plaintiff's second amended complaint, and the court gave Defendants until March 5, 2024, to file an answer. (ECF No. 58.) District Judge Traum subsequently stayed the case pending resolution of Defendants' appeal of the denial of qualified immunity as to the Eighth Amendment conditions of confinement claim. (ECF No. 59.) The Ninth Circuit affirmed the denial of qualified immunity, and the mandate was issued on July 3, 2025. (ECF Nos. 60, 61.) Judge Traum lifted the stay on July 10, 2025. (ECF No. 62.) The court held a status conference on August 5, 2025, and an updated discovery plan and scheduling order was entered that same day. (ECF Nos. 65, 66.) It appears, however, that Defendants never filed an answer to the second amended complaint.

Defendants have up to and including **February 24, 2026**, to file an answer to the second amended complaint.

**IT IS SO ORDERED**.

Dated: February 11, 2026

_____
Craig S. Denney
United States Magistrate Judge