UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REGINALD C. HOWARD,<br>Plaintiff,<br>v.<br>G. CARPENTER, et al.,<br>Defendants. | Case No. 3:20-cv-00588-ART-CSD<br>ORDER |

The Amended Complaint in this action was filed on October 26, 2023 (ECF No. 44). The Court issued a notice of intent to dismiss as to defendant Calis on August 20, 2026, pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by September 19, 2026. (ECF No. 84.) To date, no such proof of service has been filed.

Accordingly, it is ordered that the claims against defendant Calis are dismissed without prejudice.

DATED this 16th day of October, 2026.

Anne R. Traum
United States District Court Judge